UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANITA GORDON,

    Plaintiff,

v.

                                  Case No. 1:11-cv-941

                                  HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## JUDGMENT

    Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  July 3, 2012                                                /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District