UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANITA GORDON,

        Plaintiff,

v.

        Case No. 1:11-cv-941

COMMISSIONER OF
SOCIAL SECURITY,

        HONORABLE PAUL L. MALONEY

        Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.


Date:   July 3, 2012                                    /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District